**Opinion issued April 7, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-20-00128-CR

———————————

## IN RE JOHN ANTHONY BUCHANAN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, John Anthony Buchanan, has filed a petition for writ of mandamus, asking this Court to order the trial court to vacate its July 19, 2019 judgment and order and to dismiss the criminal prosecution against relator with prejudice.[1]

---

[1] The underlying case is *The State of Texas v. John Anthony Buchanan*, cause number 1618854, pending in the 179th District Court of Harris County, Texas, the Honorable Randy Roll presiding.

We **deny** relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).  We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.

Do not publish.  *See* TEX. R. APP. P. 47.2(b).